Form B4W (12/07)    BlumbergExcelsior, Inc., Publisher, NYC 10013

**UNITED STATES BANKRUPTCY COURT** Southe**DISTRICT OF** Texas

Drillmar Oil & Gas, Inc.

Debtor(s)    Case No.

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.  If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Juno Holdings Ltd.<br>PO Box 10718<br>George Town, KY<br>Cayman Islands, KY1-1006 | | | | 3,000,000.00 |
| Patterson-Uti Drilling Co. L<br>PO Box 260111<br>Dallas, TX 75326-0111 | | | | 299,936.92 |
| Triple J Oilfield Services I<br>PO Box 1665<br>Mission, TX 78573 | | | | 186,190.00 |
| International Tubular Srvc d<br>Blvd. Puente Cazones li S/N<br>Esq. Tamps Col. Plan De Ayala<br>Tiuhuatlan, Veracruz<br>Mexico | | | | 153,019.00 |
| B J Services Company<br>PO Box 4346<br>Dept. 393<br>Houston, TX 77210-4346 | | | | 149,559.36 |
| Caskids Operating Company<br>3637 W. Alabama<br>Suite 400<br>Houston, TX 77027 | | | | 143,078.13 |
| Warrior Energy Services<br>PO Box 122114<br>Dept. 2114<br>Dallas, TX 75312-2114 | | | | 104,694.44 |
| L O & L Corp.<br>14427 Brookhollow<br>Suite 224<br>San Antonio, TX 78232 | | | | 98,932.07 |
| Central Hydraulic, Inc.<br>PO Box 3099<br>Laurel, MS 39442-3099 | | | | 87,857.36 |
| Gulfshore Pipe & Supply LP<br>PO Box 5714<br>Kingwood, TX 77325-5714 | | | | 82,321.53 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.        * Value of secured portion of claim

Form B4W (12/07)   BlumbergExcelsior, Inc., Publisher, NYC 10013

## UNITED STATES BANKRUPTCY COURT      Southe**DISTRICT OF** Texas

Drillmar Oil & Gas, Inc.

Debtor(s)    Case No.

### LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P.1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§101(30) or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) NAME OF CREDITOR AND COMPLETE MAILING ADDRESS INCLUDING ZIP CODE | (2) NAME, TELEPHONE NUMBER AND COMPLETE MAILING ADDRESS, INCLUDING ZIP CODE OF EMPLOYEE, AGENT, OR DEPARTMENT OF CREDITOR FAMILIAR WITH CLAIM. | (3) NATURE OF CLAIM (trade debt, bank loan, government contract, etc) | (4) C U S D | (5) AMOUNT OF CLAIM (If secured also state value of security) |
|---|---|---|---|---|
| Tesco Services, Inc.<br>PO Box 203408H<br>Houston, TX 77216-3408 | | | | 75,517.25 |
| Price Waterhouse Coopers AS<br>Postboks 447<br>Kristiansand NO-4664<br>Norway | | | | 68,020.19 |
| Innovative Energy Services I<br>5250 FM 2855<br>Katy, TX 77493 | | | | 61,730.00 |
| M I LLC<br>PO Box 200132<br>Dallas, TX 75320-0132 | | | | 57,981.84 |
| Superior Energy Services LLC<br>PO Box 122203<br>Dept. 2203<br>Dallas, TX 75312-2203 | | | | 57,404.03 |
| Rathole Drilling, Inc.<br>PO Box 389<br>Alice, TX 78333-0389 | | | | 46,038.14 |
| Basic Energy Services, LP<br>PO Box 841903<br>Dallas, TX 75284-1903 | | | | 45,495.24 |
| Roywell Services, Inc.<br>PO Box 1329<br>Bellaire, TX 77402-1329 | | | | 40,948.38 |
| Tesco Corporation (US)<br>PO Box 730525<br>Dallas, TX 75373-0525 | | | | 39,663.91 |
| A N.E.W. Rock Co., Inc.<br>615 Ridge Road<br>Lafayette, LA 70506 | | | | 37,805.00 |

"(4) C U D S"  If contingent, enter C; if unliquidated, enter U; if disputed, enter D; if subject to setoff, enter S.    * Value of secured portion of claim



Furm B4W (12/07)     *Blumberg*Excelsior, Inc., Publisher, NYC 10013

Drillmar Oil & Gas, Inc.                    Debtor(s)   Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## SIGNATURE PAGE

Date: 11/16/09                     _____
                                    Debtor

Date: _____              _____
                                    Co-debtor