UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| DRILLMAR OIL & GAS, INC. § | CASE NO. 09-38737 |
| § | Chapter 11 |
| DEBTOR § | |

**AMENDED ATTORNEY'S RULE 2016(b) DISCLOSURE**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. R. P. 2016(b), I certify that I am the attorney for the Debtor and that compensation paid to me or my firm within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

> For legal services my firm has agreed to handle funds and to apply for Court approval of attorneys' fees and expenses consistent with Local Rule 2016. My services are billed at a rate of $300 per hour. A retainer of $92,061.00 has been deposited to my firm's trust account.

> Prior to the filing of this case, the Debtor paid $100,000 to my firm. From that deposit my firm deducted $7,939.00 in payment of services in the amount of $6,900.00 rendered in pre-filing services in contemplation of this case, and $1,039.00 for the filing fees in this case.

2. The source of compensation paid to me or my firm is the Debtor.

3. The source of compensation to be paid to me or my firm is the Debtor.

4. Cotham, Harwell & Evans, P.C. has not shared or agreed to share the compensation it shall receive for representation of the Debtor with any other entity.

5. In return for the compensation, my firm has agreed to render legal services for all aspects of the bankruptcy case including:

    (a) To assist the Debtor where necessary to negotiate and consummate non-routine sales of the assets of the Estate, including sales free and clear of liens, claims and encumbrances, and to institute any necessary proceedings in regard thereto.

    (b) To institute objections to proofs of claim asserted against the Estate, and to prosecute all contested objections to proofs of claim asserted against the Estate.

(c)   To aid in the representation of Applicant in any litigation against the Estate.

(d)   To investigate executory contract relationships of the Debtor and to institute any necessary proceedings to obtain authority to assume or reject such executory contracts.

(e)   To analyze, institute and prosecute actions regarding recovery of property of the Estate.

(f)   To prepare for and to institute and prosecute an examination under Bankruptcy Rule 2004 and to institute and prosecute Motions to Compel Attendance and Removal of Persons for Examination under Bankruptcy Rule 2005.

(g)   To assist in resolution of title problems associated with the Estate's property.

(h)   To analyze, institute and prosecute actions regarding insider transactions and third party dealings.

(i)   To analyze, institute and prosecute actions regarding avoidance of set-offs and avoidable transfers.

(j)   To analyze business associations of the Debtor to determine the interest of the Estate and to institute and prosecute actions to effect the recovery of such interest.

(k)   To analyze the interest of the Debtor and to institute and prosecute actions to effect the recovery of notes receivable.

(l)   To analyze the interest of the Debtor and to institute and prosecute actions to effect collection of accounts receivable.

(m)   To prosecute and defend actions currently pending and involving the Debtor.

(n)   To formulate and prosecute to confirmation a plan of reorganization.

(o)   To assist in the preparation and to file all schedules and statements required by the Code.

(p)   To defend the Debtor in connection with any contested matters.

(q)   To prepare and file fee applications for Cotham, Harwell & Evans, or other professionals retained by the Debtor, and to prosecute such applications as necessary to collect any amounts awarded by the Court.

(r)   To perform such other tasks as may be required as the general counsel for Debtor in this case.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy proceeding.

By: Mark C. Harwell
**Mark C. Harwell**
Attorney-in-Charge
State Bar No. 09191700
Federal Bar No. 0772
**COTHAM, HARWELL & EVANS,
A PROFESSIONAL CORPORATION**
1616 S. Voss, Suite 200
Houston, Texas  77057
Telephone:    (713) 647-7511
Facsimile:     (713) 647-7512

**Attorneys for Drillmar Oil & Gas, Inc., Debtor**

**VERIFICATION OF TRANSMITTAL
TO THE UNITED STATES TRUSTEE**

I certify that a true and correct copy of the foregoing was distributed electronically and/or by U.S. First Class Mail to the United States Trustee, at 515 Rusk, Suite 3516, Houston, Texas 77002, on this 18th day of November, 2009.

/S/ Mark C. Harwell
**Mark C. Harwell**