UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 09-38737-H1-11 |
| DRILLMAR OIL & GAS, INC. § | |
| § | CHAPTER 11 |
| DEBTOR IN POSSESSION § | |

**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARVIN ISGUR, BANKRUPTCY JUDGE:

COMES NOW the United States Trustee, ("UST"), who through the undersigned attorney, who pursuant to Sec. 1102(a) and 1102(b)(1) of the Bankruptcy Code, hereby appoints following eligible creditors of the above-named debtor to the committee of unsecured creditors in the above captioned case:

1. Baker Hughes Oilfield Operations, Inc., Attn: Christopher J. Ryan, 2929 Allen Pkwy., Ste. 2100, Houston, TX 77019, 713.439.8771, FAX 713.439.8778, [chris.ryan@bakerhughes.com]

2. Central Hydraulic, Inc., Attn: David Zachariah, POB 3099, Laurel, MS 39442, 281.602.8180, FAX 281.602.8171, [dzachariah@tpemgmt.com]

3. Patterson-UTI Drilling Company, LLC, Attn: Seth Wexler, 450 Gears Rd., Ste. 500, Houston, TX 77067, 281.765.7100, FAX 281.765-7175, [wexlers@patenergy.com]

4. Gulfshore Pipe & Supply, LP, Attn: W.L. Boyd, III, 900 Rockmead Dr., Suite 265, Kingwood, TX 77339, 281.312.2873, FAX 281.312.2876, [bill@gulfshorepipe.com]

Dated, this the 24th day of November, 2009.

        CHARLES F. Mc VAY
        UNITED STATES TRUSTEE

By: /s/ *Nancy L. Holley*
    Nancy L Holley, Attorney
    Bar No.09875550
    Office of the United States Trustee
    515 Rusk, Ste. 3516
    Houston, TX 77002
    (713) 718-4650
    (713) 718-4680 FAX

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing <u>Notice of Appointment of Committee of Unsecured Creditors</u>, was served by ECF Transmission or by United States Mail, first class, postage paid, to those persons listed below, at the addresses listed below on this the 24th of November, 2009.

        /s/ *Nancy L. Holley*
        Nancy L. Holley, Trial Attorney

<u>DEBTOR:</u>

Drillmar Oil & Gas, Inc.
801 Travis, Ste. 1250
Houston, TX 77002

<u>DEBTOR'S COUNSEL:</u>

Mark C. Harwell
Cotham Harwell et al
1616 S. Voss, Ste. 200
Houston, TX 77057

CREDITOR COMMITTEE MEMBERS:

Baker Hughes Oilfield Oper., Inc.
Attn: Christopher J. Ryan
2929 Allen Pkwy., Ste. 2100
Houston, TX 77019

Central Hydraulic, Inc.
Attn: David Zachariah
POB 3099
Laurel, MS 39442

Patterson-UTI Drilling Co., LLC
Attn: Seth Wexler
450 Gears Rd., Ste. 500
Houston, TX 77067

Gulfshore Pipe & Supply, LP
W.L. Boyd, II
 900 Rockmead Dr., Ste. 265
Kingwood, TX 77339


OTHER CREDITORS AND INTERESTED PARTIES:

Juno Holdings, Ltd.
POB 10718
George Town, KY
Cayman Islands, KY1-1006

Triple J Oilfield Svcs., Inc.
POB 1665
Mission, TX 78573

International Tubular Svc.
Puente Cazones li S/N
Esq. Tamps Co. Plan de Ayala
Tiuhuatlan, Veracruz  Mexico

BJ Service Company
POB 4346, Dept. 393
Houston, TX 77210-4346

Caskids Operating Company
3637 W. Alabama, Ste. 400
Houston, TX 77027

Warrior Energy Services
POB 122114, Dept. 2114
Dallas, TX 75312-2114

LO & L Corp.
14427 Brookhollow, Ste. 224
San Antonio, TX 78232

Gulfshore Pipe & Supply LP.
POB 5714
Kingwood, TX 77325-5714

Tesco Services, Inc.
POB 203408H
Houston, TX 77216-3408

Price Waterhouse Coopers AS
Postboks 447
Kristiansand NO-4664
Norway

Innovative Energy Services, Inc.
5250 FM 2855
Katy, TX 77493

M I, LLC.
POB 200132
Dallas, TX 75320-0132

Superior Energy Svcs, LLC
POB 122203, Dept. 2203
Dallas, TX 75312-2203

Rathole Drilling, Inc.
POB 389
Alice, TX 78333-0389

Basic Energy Services, LP
POB 841903
Dallas, TX 75284-1903

Roywell Services, Inc.
POB 1329
Bellaire, TX 77402-1329

Tesco Corporation
POB 730525
Dallas, TX 75373-0525

A N.E.W. Rock Co., Inc.
615 Ridge Rd.
Lafayette, LA 70506